AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Lucy York<br><br>*Plaintiff(s)*<br>v.<br>City of New York, Jorge Garcia, NYPD Members John and Jane Does 1-3<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 22-cv-6432 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* See attached Rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Remy Green
Cohen&Green PLLC
1639 Centre St., Suite 216
Ridgewood, NY 11385
remy@femmelaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: _____ _____
*Signature of Clerk or Deputy Clerk*

**<u>Summons Rider</u>**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------X

LUCY YORK,

                                          Plaintiff,

    -against-

THE CITY OF NEW YORK, et al.,

                                          Defendants.

---------------------------------------------------------------------------X

**City of New York**
c/o James E. Johnson
New York City Law Department
100 Church St.
New York, NY 10007

**NYPD Officer Jorge Garcia**
Narcotics Borough Brooklyn North
245 Glenmore Avenue
Brooklyn, New York, 11207