UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF THE STATE OF NEW YORK

COUNTY OF KINGS

GPS and Timestamp: 40.71377198333333, -74.01029808333332
1668098086473

**Plaintiff / Petitioner:**
LUCY YORK

**Defendant / Respondent:**
THE CITY OF NEW YORK ET AL

**AFFIDAVIT OF SERVICE**

Index No:
22-CV-06432

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at County of Nassau. That on Thu, Nov 10 2022 AT 11:34 AM AT 100 Church Street, NEW YORK, NY 10007 deponent served the within summons and verified complaint and notice of commencement by electronic filing on THE CITY OF NEW YORK

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☒ **Corporation/Entity:** THE CITY OF NEW YORK a defendant, therein named, by delivering a true copy of each to Inez Contreras personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be Clerk thereof.

☐ **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

☐ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked Personal & Confidential and not indicating on the outside thereof, properly addressed to said defendant at defendant's last known residence/workplace, _____, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office within New York State on _____ by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address ot otherwise, that the communication is from an attorney or concerns an action against the person to be served.

☐ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 40   Ethnicity: Hispanic   Gender: Female   Weight: 170
Height: 5'4"   Hair: Brown   Eyes: Brown   Relationship: Clerk
Other:

Said documents were conformed with index number and date of filing endorsed thereon.
Sworn to before me on this 10th day of November 2022

Mitchell Raider
1450036

Notary Public

JANET RAIDER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RA6341022
Qualified in Nassau County
My Commission Expires 05-02-2024

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF THE STATE OF NEW YORK

COUNTY OF KINGS

GPS and Timestamp: 40.71301267486132, -73.9998227544818
1668103327999

Plaintiff / Petitioner:
LUCY YORK

Defendant / Respondent:
THE CITY OF NEW YORK ET AL

AFFIDAVIT OF SERVICE

Index No:
22-CV-06432

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at County of Nassau. That on Thu, Nov 10 2022 AT 01:03 PM AT 1 Police Plz, New York, NY 10038 deponent served the within summons and verified complaint and notice of commencement by electronic filing on POLICE OFFICER JORGE GARCIA

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☐ **Corporation/Entity:** _____ a defendant, therein named, by delivering a true copy of each to personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

☒ **Suitable Person:** by delivering thereat, a true copy of each to Bono Giorgio a person of suitable age and discretion.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

☒ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked Personal & Confidential and not indicating on the outside thereof, properly addressed to said defendant at defendant's last known residence/workplace, 1 Police Plz, New York, NY 10038, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office within New York State on Thu, Nov 10 2022 by REGULAR FIRST CLASS MAIL in an envelope marked **PERSONAL & CONFIDENTIAL** and not indicating on the outside thereof, by return address ot otherwise, that the communication is from an attorney or concerns an action against the person to be served.

☒ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 40   Ethnicity: Middle Eastern   Gender: Female   Weight: 150
Height: 5'10"   Hair: Black   Eyes: Brown   Relationship: Community assistant
Other

Said documents were conformed with index number and date of filing endorsed thereon.

Sworn to before me on this 10th day of November 2022

Mitchell Raider
1450036

Notary Public

JANET RAIDER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RA6341022
Qualified in Nassau County
My Commission Expires 05-02-2024