

March 22, 2023

Hon. Vera M. Scanlon, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, New York 11201

<u>By Electronic Filing.</u>

    Re:    <u>York v. City of New York</u>, 22-cv-06432

Dear Judge Scanlon:

    I am co-counsel for Plaintiff in the case above. I write regarding pending deadlines in the case above. The parties are engaging in settlement discussions, and believe that a settlement conference may be useful to put on the calendar following a trade of demands and relevant information.

    In order to focus on settlement, the parties would appreciate if the Court stayed other discovery deadlines, understanding that the parties will exchange documents — medical records and the expert write-up, for example — that serve settlement purposes. Pending that, we ask that the Court stay the deadlines set in its March 6, 2023 Minute Order until following a settlement conference. Likewise, we ask the Court to re-set the deadline to complete discovery until following that conference.

    Finally, we ask that the Court set a settlement conference for some time following the 60 days requested in ECF No. 14.

    Defendants consent to these requests.

    As ever, I thank the Court for its time and consideration.

    Respectfully submitted,

    /s/
_____
J. Remy Green
    *Honorific/Pronouns: Mx., they/their/them*
**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiff*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by ECF.