UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
LUCY YORK,

                                                  Plaintiff,        **NOTICE OF APPEARANCE**

      -against-

                                                                      22-CV-06432 (CBA)(VMS)

CITY OF NEW YORK, NYPD OFFICER JORGE
GARCIA, and NYPD MEMBERS JOHN AND JANE
DOES 1-3,

                                                  Defendants.
-------------------------------------------------------------------------X

        **PLEASE TAKE NOTICE** that **Thomas Lai**, Senior Counsel, appears herein as counsel of record on behalf of the Corporation Counsel of the City of New York, the Hon. Sylvia O. Hinds-Radix, attorney for defendants City of New York and NYPD Officer Jorge Garcia, and that a copy of all notices and other papers herein are to be served upon the undersigned.

Dated: New York, New York
           May 10, 2023

                                              HON. SYLVIA O. HINDS-RADIX
                                              Corporation Counsel of the City of New York
                                              *Attorney for Defendants City of New York and*
                                              *NYPD Officer Jorge Garcia*

                                              By:    *Thomas Lai s/*
                                                         Thomas Lai
                                                         Senior Counsel
                                                         Special Federal Litigation Division
                                                          Office of the Corporation Counsel
                                                         100 Church Street
                                                         New York, New York 10007
                                                         (212) 356-2336

To:    **VIA ECF**
         Elena Louisa Cohen
         Gideon Orion Oliver
         Remy Green
         *Attorneys for Plaintiff*