

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**THOMAS LAI**
Senior Counsel
E-mail:tlai@law.nyc.gov
Phone: (212) 356-2336
Fax: (212) 788-9776

May 10, 2023

**VIA ECF**
Honorable Carol Bagley Amon
District Court Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *York v. City of New York et al.*, 22-CV-06432

Your Honor:

      I am a Senior Counsel in the Office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York. I write pursuant to Rule 1.4 of the Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York to request that the Court issue an Order substituting the undersigned as counsel of record on behalf of defendants City of New York and NYPD Officer Jorge Garcia in place of Daniel Michael Braun who resigned from the Office of the Corporation Counsel on or about April 21, 2023. In addition, attached hereto as Exhibit A is the Affidavit for Substitution of Counsel of Daniel Michael Braun.

      Thank You for Your consideration of the instant application.

      Respectfully submitted,

      /s/ *Thomas Lai*
      Thomas Lai
      Senior Counsel
      Special Federal Litigation Division

Encl.

To:    **<u>VIA ECF</u>**
        Elena Louisa Cohen
        Gideon Orion Oliver
        Remy Green
        *Attorneys for Plaintiff*