I, DANIEL BRAUN, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1.      I am an Assistant Corporation Counsel at the New York City Law Department and, on behalf of the Hon. Sylvia Hinds-Radix, Corporation Counsel of the City of New York, I am counsel of record in this action.

2.      The representation of City Defendants in this matter has been transferred to another Assistant Corporation Counsel at the New York City Law Department, who is filing a Notice of Substitution of Counsel along with this declaration. Going forward, I will have no involvement in this matter whatsoever.

3.      Please terminate me from the docket sheet as counsel of record and replace me with the attorney whose name and information appears on the attached Notice of Substitution of Counsel.

Dated:      New York, New York
              March 27, 2023

                                              /s/ *Daniel Braun*
                                              DANIEL BRAUN