

May 26, 2023

Hon. Vera M. Scanlon, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, New York 11201

<u>By Electronic Filing.</u>

    Re:    <u>York v. City of New York</u>, 22-cv-06432

Dear Judge Scanlon:

    I am co-counsel for Plaintiff in the case above.  With Defendants' consent, I write to ask to adjourn the pending settlement conference, and with it, the deadline for *ex parte* letters.  *See* May 9, 2023 Minute Order (setting 6/7/2023 for a settlement conference, and 5/30/2023 for *ex parte* letters).

    The reasons for this extension are (1) Plaintiff is still pulling together the full expert work-up for her damages, which is taking significantly longer than we initially anticipated and (2) Defendants have recently changed counsel.

    Per the Court's Individual Practices, we propose holding the settlement conference on any of July 20th, 25th, or 26th, 2023 — with the *ex parte* letters due a week in advance.

    As ever, we thank the Court for its time and consideration.

    Respectfully submitted,

    /s/
    _____
    J. Remy Green
        *Honorific/Pronouns: Mx., they/their/them*
    C<small>OHEN</small>&G<small>REEN</small> P.L.L.C.
    *Attorneys for Plaintiff*
    1639 Centre St., Suite 216
    Ridgewood, New York 11385

cc:
All relevant parties by ECF.