

July 14, 2023

Hon. Vera M. Scanlon, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, New York 11201

By Electronic Filing.

    Re:    York v. City of New York, 22-cv-06432

Dear Judge Scanlon:

    I am co-counsel for Plaintiff in the case above.  With Defendants' consent, I write to ask to adjourn the pending settlement conference, and with it, the deadline for *ex parte* letters.  *See* June 1, 2023 Minute Order (setting 7/25/2023 for a settlement conference, and 7/18/2023 for *ex parte* letters).

    Since the last extension, Plaintiff has received and disclosed a preliminary expert report for settlement purposes, but because of what I understand were referral and insurance-related issues, Plaintiff's appointment to receive an x-ray related to this incident was canceled, and Plaintiff needed to schedule another initial appointment to get a *new* referral before rescheduling the x-ray — and thus, Plaintiff is still in the process of putting together that part of the settlement package.  We apologize this is taking the time it is, and appreciate the Court's understanding.

    Per the Court's Individual Practices, we propose holding the settlement conference on any of August 30, 31, or October 1, 2023 — with the *ex parte* letters due a week in advance.

    As ever, we thank the Court for its time and consideration.

                                         Respectfully submitted,

                                         /s/
                                      _____
                                      J. Remy Green
                                           *Honorific/Pronouns: Mx., they/their/them*
                                      **COHEN&GREEN P.L.L.C.**
                                      *Attorneys for Plaintiff*
                                      1639 Centre St., Suite 216
                                      Ridgewood, New York 11385

cc:
All relevant parties by ECF.