UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

LUCY YORK,

                                      Plaintiff,

-against-

CITY OF NEW YORK, NYPD OFFICER JORGE GARCIA, and NYPD MEMBERS JOHN AND JANE DOE 1-3,

                                      Defendants.

------------------------------------------------------------------------ x

22-CV-06432 (CBA) (VS)

**NOTICE OF APPEARANCE**

        **PLEASE TAKE NOTICE** that **PETER SCUTERO**, hereby appears as counsel of record on behalf of Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for defendants City of New York and NYPD Officer Jorge Garcia.  I certify that I am admitted to practice before this Court.

        **PLEASE TAKE FURTHER NOTICE** that from this date forward, future notifications should be forwarded to the undersigned and copied to ecf@law.nyc.gov.

Dated: New York, New York
           January 31, 2024

**HON. SYLVIA O. HINDS-RADIX**
CORPORATION COUNSEL OF THE
CITY OF NEW YORK
*Attorney for the Defendants City and Garcia*
100 Church Street
New York, New York 10007
(212) 356-2410

By:    *Peter Scutero*   /s/
       Peter Scutero
       Senior Counsel
       Special Federal Litigation Division

cc:    All Counsel of Record (Via ECF)