AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| LUCY YORK <br><br> *Plaintiff(s)* <br> v. <br> THE CITY OF NEW YORK; NYPD OFFICER JORGE GARCIA; NYPD OFFICER LEONEL O. GIRON (SHIELD NO. 21368, TAX ID. NO. 959658); NYPD OFFICER JUSTIN M. SCHIVEK (SHIELD NO. 13458, TAX ID. NO. 957141); NYPD SERGEANT THOMAS W. QUEVEDO (PREVIOUSLY SHIELD NO. 5154, NOW SHIELD NO. 2770, TAX ID. NO. 951094); NYPD ASSISTANT CHIEF JOSEPH GULOTTA, TAX ID 904089,and NYPD MEMBER JOHN DOE 1B, <br> *Defendant(s)* | Civil Action No. 22-cv-06432-OEM-VMS |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* See attached rider.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Remy Green
Cohen & Green PLLC
1639 Centre St. Suite 216
Ridgewood, NY 11385
remy@femmelaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: _____  _____
*Signature of Clerk or Deputy Clerk*

**<u>Summons Rider For Parties Added in First Amended Complaint</u>**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Officer Leonel O. Giron
SRG 1
524 W 42nd St
New York, NY 10036

Officer Justin M. Schivek
SRG 1
524 W 42nd St
New York, NY 10036

Sergeant Thomas W. Quevedo
Special Operations Division
130 Livingston St
Brooklyn, NY 11201

Assistant Chief Joseph Gulotta
Patrol Boro Staten Island
970 Richmond Ave
Staten Island, NY 10314