

July 22, 2024

Hon. Vera M. Scanlon, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, New York 11201

By Electronic Filing.

    Re:    <u>York v. City of New York</u>, 22-cv-06432

Dear Judge Scanlon:

    I am co-counsel for Plaintiff in the case above. With apologies, I accidentally omitted **Exhibit 6** (Plaintiff's Proposed Protective Order) from the letter motion filed earlier today. I have attached it here.

    As ever, I thank the Court for its time and consideration.

                         Respectfully submitted,

                         /s/
                        _____
                        J. Remy Green
                            *Honorific/Pronouns: Mx., they/their/them*
                        COHEN&GREEN P.L.L.C.
                        *Attorneys for Plaintiff*
                        1639 Centre St., Suite 216
                        Ridgewood, New York 11385

cc:
All relevant parties by ECF.