

**Muriel Goode-Trufant**
*Acting Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK , NEW YORK 10007

[Name]
[Title]
[Office Number]
[email address]

July 24, 2024

**BY ECF**
Honorable Orelia E. Merchant
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>Lucy York v. City of New York et al.</u> 22-CV-06432 (OEM)(VMS)

Your Honor:

    I am a Senior Counsel in the Office of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York.  I write pursuant to Local Civil Rule 1.4 to respectfully request that the Court substitute the undersigned as counsel of record on behalf of Defendants the City of New York and Jorge Garcia, in place of Peter Scutero.  Simultaneously herewith, I am filing a notice of substitution of counsel and an affidavit in support of this motion.  Further, Defendants respectfully request that Mr. Scutero be terminated from the docket and removed as an attorney of record in this matter.

    Thank you for your time and consideration of this matter.

Respectfully submitted,

*Elissa B. Jacobs*

Elissa Jacobs
*Senior Counsel*
Special Federal Litigation Division

CC: <u>VIA ECF</u>
Remy Green, Esq.
remy@femmelaw.com
*Counsel for Plaintiff*