UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

LUCY YORK,

                                           Plaintiff,

            -against-

CITY OF NEW YORK et al.,

                                       Defendant.

**NOTICE OF SUBSTITUTION OF COUNSEL**

22-CV-6432 (OEM) (VMS)

-------------------------------------------------------------------------x

**PLEASE TAKE NOTICE** that the following attorney is hereby substituted in place of Peter Scutero, as counsel of record on behalf of the Acting Corporation Counsel of the City of New York, Hon. Muriel Goode-Trufant, attorney for Defendants in this case:

                            **Elissa B. Jacobs**[1]
                         *Assistant Corporation Counsel*
                         New York City Law Department
                         100 Church Street
                         New York, New York 10007
                         (212) 356-3540
                         ejacobs@law.nyc.gov

From this date forward, please serve all pleadings on the attorney set forth above, and please remove Peter Scutero as counsel of record.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

---

[1] I will be aided in this matter by Jessica M. Ochoa, Esq. Ms. Ochoa is a member in good standing with the New York State Bar (No. 6124655) as well as admitted to practice before the U.S. District Courts of the District of Columbia (No. 1736588) and Maryland (No. 30564). She is currently in the process of being admitted to practice before the present court. She can be reached at 212-356-3159, or via e-mail at jochoa@law.nyc.gov.

Dated:      New York, New York
                July 24, 2024

                                      MURIEL GOODE-TRUFANT
                                      Acting Corporation Counsel
                                      of the City of New York
                                      *Attorney for Defendants*
                                      100 Church Street, Room 3-126
                                      New York, New York 10007
                                      (212) 356-3540

                                      By:     /s/ *Elissa B. Jacobs*
                                                  Elissa B. Jacobs
                                                  *Senior Corporation Counsel*
                                                  Special Federal Litigation Division

CC:      <u>VIA ECF</u>
              Remy Green, Esq.
              remy@femmelaw.com
              *Counsel for Plaintiff*