UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

LUCY YORK,

                              PLAINTIFF,

- AGAINST -

THE CITY OF NEW YORK, NYPD OFFICER JORGE GARCIA, NYPD OFFICER LEONEL O. GIRON (SHIELD NO. 21368, TAX ID. NO. 959658), NYPD OFFICER JUSTIN M. SCHIVEK (SHIELD NO. 13458, TAX ID. NO. 957141), NYPD SERGEANT THOMAS W. QUEVEDO (PREVIOUSLY SHIELD NO. 5154, NOW SHIELD NO 2770, TAX ID. NO. 951094), NYPD ASSISTANT CHIEF JOSEPH GULOTTA, TAX ID 904089, AND NYPD MEMBER JOHN DOE 1B,

                              DEFENDANTS.

------------------------------------------------------------------------ x

**AFFIDAVIT FOR SUBSTITUTION OF COUNSEL**

21-CV-04158 (OEM) (VMS)

I, **PETER SCUTERO**, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

    1.    I am a Senior Counsel at the New York City Law Department and, on behalf of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, I am counsel of record in this action.

    2.    I will be leaving the New York City Law Department on or about July 19, 2024, after which time I will have no involvement whatsoever in this matter.

    3.    The representation of Defendants in this matter has been transferred to another Assistant Corporation Counsel at the New York City Law Department, who is filing a notice of substitution of counsel along with this declaration.

    4.    Please terminate me from the docket sheet as counsel of record and replace me with the attorney whose name and information appears on the Notice of Substitution of Counsel.

Dated: July 19, 2024
        New York, New York

- 2 -

_Peter Scutero_   /s/
Peter Scutero

- 2 -