AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

)
)
)
)
)
*Plaintiff(s)*
)
v.                                Civil Action No.
)
)
)
)
)
)
*Defendant(s)*
)

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*



A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:



If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                                        _____
*Signature of Clerk or Deputy Clerk*

<u>Summons Rider</u>

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

LUCY YORK,

           Plaintiff,

  -against-

THE CITY OF NEW YORK; NYPD OFFICER JORGE GARCIA; NYPD OFFICER LEONEL O. GIRON (SHIELD NO. 21368, TAX ID. NO. 959658); NYPD OFFICER JUSTIN M. SCHIVEK (SHIELD NO. 13458, TAX ID. NO. 957141); NYPD SERGEANT THOMAS W. QUEVEDO (PREVIOUSLY SHIELD NO. 5154, NOW SHIELD NO. 2770, TAX ID. NO. 951094); NYPD ASSISTANT CHIEF JOSEPH GULOTTA, TAX ID 904089,and NYPD LIEUTENANT MICHAEL GRANAHAN, TAX ID 934957,

           Defendants.