AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Lucy York <br><br> *Plaintiff(s)* <br> v. <br> City of New York, et al. <br> (see attached rider for full case caption) <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 22-cv-06432-OEM-VMS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Lt. Michael Granahan
EMERGENCY SERVICE UNIT
FLOYD BENNETT FIELD, BROOKLYN, NY11234

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Remy Green
Cohen & Green PLLC
1639 Centre St. Suite 216, Ridgewood, NY 11385
remy@femmelaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 08/01/2024

*Jacklyn Cucci*
*Signature of Clerk or Deputy Clerk*

<u>**Summons Rider**</u>

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

LUCY YORK,

        Plaintiff,

  -against-

THE CITY OF NEW YORK; NYPD OFFICER JORGE GARCIA; NYPD OFFICER LEONEL O. GIRON (SHIELD NO. 21368, TAX ID. NO. 959658); NYPD OFFICER JUSTIN M. SCHIVEK (SHIELD NO. 13458, TAX ID. NO. 957141); NYPD SERGEANT THOMAS W. QUEVEDO (PREVIOUSLY SHIELD NO. 5154, NOW SHIELD NO. 2770, TAX ID. NO. 951094); NYPD ASSISTANT CHIEF JOSEPH GULOTTA, TAX ID 904089,and NYPD LIEUTENANT MICHAEL GRANAHAN, TAX ID 934957,

        Defendants.