

August 8, 2024

Hon. Vera M. Scanlon, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, New York 11201

<u>By Electronic Filing.</u>

    Re:    <u>York v. City of New York</u>, 22-cv-06432

Dear Judge Scanlon:

    I am co-counsel for Plaintiff in the case above.

    I am writing to let the Court know that Plaintiff has accepted a Rule 68 offer the City recently served, so any pending motions and other issues can be denied as moot. While normally we would simply file the judgment once we had prepared it, since the Court may have been working a decision, I am writing as soon as Plaintiff decided to accept, so the Court does not spend any unnecessary time.

    As ever, I thank the Court for its time and consideration.

    Respectfully submitted,

    /s/
_____
J. Remy Green
    *Honorific/Pronouns: Mx., they/their/them*
**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiff*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by ECF.