

August 20, 2024

Hon. Orelia E. Merchant, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East, 6C South
Brooklyn, New York 11201

<u>By Electronic Filing.</u>

    Re:    <u>York v. City of New York</u>, 22-cv-06432

Dear Judge Merchant:

    I am co-counsel for Plaintiff in the case above. I write to ask for a brief additional extension of time under Rule 54(d)(2)(B)(i) to apply for attorneys' fees pursuant to 42 U.S.C. § 1988 and the judgment entered on August 26, 2024 (ECF No. 50). The parties reached a settlement in principle a little while ago, but owing to personal commitments on the part of counsel, have not yet been able to fully paper that agreement.

    With apologies for the request coming so late, the parties ask for a two-week extension.

    With the previous extension, the deadline is October 24, 2024. The new deadline would be November 7, 2024.

    As ever, I thank the Court for its time and consideration.

    Respectfully submitted,

    /s/
    _____
    J. Remy Green
       *Honorific/Pronouns: Mx., they/their/them*
    C<small>OHEN</small>&G<small>REEN</small> P.L.L.C.
    *Attorneys for Plaintiff*
    1639 Centre St., Suite 216
    Ridgewood, New York 11385

cc:
All relevant parties by ECF.